Exhibit 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-735**
**Effective Date of Registration:** May 06, 2025
**Registration Decision Date:** July 23, 2025

## Title

**Title of Work:** Country Fried Chicken

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 24, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Gloria West Kendall
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Gloria West Kendall
8729 Hirning Road, Lenexa, KS, 66220, United States

## Rights and Permissions

**Organization Name:** Porterfield's Fine Art Licensing
**Name:** Lance Klass
**Email:** porterfieldsfineart@gmail.com
**Telephone:** (941)487-8581
**Address:** 2315 Milford Circle
Sarasota, FL 34239 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-678**
**Effective Date of Registration:** May 02, 2025
**Registration Decision Date:** July 23, 2025



## Title

| | |
|---|---|
| Title of Work: | Jumbo Eggs |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2011 |
| Date of 1st Publication: | January 24, 2011 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Gloria West Kendall |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Gloria West Kendall |
| | 8729 Hirning Road, Lenexa, KS, 66220, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Porterfield's Fine Art Licensing |
| Name: | Lance Klass |
| Email: | porterfieldsfineart@gmail.com |
| Telephone: | (941)487-8581 |
| Address: | 2315 Milford Circle |
| | Sarasota, FL 34239 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |

Page 1 of 2




# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-688**

**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025



## Title

        **Title of Work:** Warm Wishes

## Completion/Publication

        **Year of Completion:** 2013
    **Date of 1st Publication:** May 24, 2013
  **Nation of 1st Publication:** United States

## Author

                **Author:** Gloria West Kendall
       **Author Created:** 2-D artwork
            **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Gloria West Kendall
                        8729 Hirning Road, Lenexa, KS, 66220, United States

## Rights and Permissions

    **Organization Name:** Porterfield's Fine Art Licensing
                  **Name:** Lance Klass
                   **Email:** porterfieldsfineart@gmail.com
              **Telephone:** (941)487-8581
                **Address:** 2315 Milford Circle
                               Sarasota, FL 34239 United States

## Certification

                  **Name:** David Denholm

