**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GLORIA WEST KENDALL,

     Plaintiff,                              Case No.: 1:26-cv-00594

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

### SCHEDULE A TO COMPLAINT

| No. | Defendants |
| --- | --- |
| 1 | panlongqusichaobaihuoshanghang |
| 2 | haiyangyuxiangshuichanyouxiangongsi |
| 3 | HeFeiLeiXiangShangMaoYouXianGongSi |
| 4 | wwensc |
| 5 | Jessicas Art |
| 6 | DaFengXinXingJianCai |
| 7 | jianhua8990 |
| 8 | YangZiXuan2025 |
| 9 | ChenMei46 |
| 10 | 义乌市腾劭商贸有限公司 |
| 11 | WangBin75 |
| 12 | shijiazhuangqucaimaoyiyouxiangongsi |
| 13 | 厨佳工具店 |
| 14 | ShanXiShengJieTuoZhuangShi |
| 15 | CHUNLINSHNAGDIAN |
| 16 | zhshiun |
| 17 | LianGuangWuZiXiaoShou |
| 18 | 乐玩童品铺 |
| 19 | 车贤饰内店 |
| 20 | GuangZhouYiWuShangMao |
| 21 | ddaz、 |
| 22 | guangzhouchenhuijimaoyiyouxiangongsi |
| 23 | linyixianhaoyuanjiajianzhuanzhuangyouxiangongsi |

| 24 | guangzhoufanmingfuzhuangyouxiangongsi |
| 25 | guangzhouheluobaihuoshanghanggerenduzi |
| 26 | guangzhoujianzhongshangbaihuoyouxiangongsi |
| 27 | guangzhouyangyulangmaoyiyouxiangongsi |
| 28 | suzhoushifuyuecaifangzhi |
| 29 | chengdubaoyancanyinyouxiangongsi |
| 30 | GUOZH |
| 31 | nanxindege |
| 32 | LianYingZhuangShiGongCheng |
| 33 | 金华市欧狮电子商务商行 |
| 34 | GuangZhouZhongWuWangLuoKeJi18 |
| 35 | FFYS |
| 36 | jiangmenshixinhuiqudefuniqiufuhu |
| 37 | luoyangzhadashangmaoyouxiangongsi |
| 38 | 范书柜收纳 |
| 39 | 室外顶线科技 |
| 40 | TangYinXianZhongXinQiCheZuLinFuWu |
| 41 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 42 | zhoukouguixinshangmaoyouxiangongsi |
| 43 | DingYuTing |
| 44 | shouguangbafangwuliu |
| 45 | henanhuachengbiaoshiyouxian |
| 46 | TaoRenEn445 |
| 47 | 灯明亮潇电子 |
| 48 | 金华市淑徽服饰有限公司 |
| 49 | 宠玩朱配 |
| 50 | ZhuZhouHuanMiaoShangMaoYouXianGongSi |
| 51 | hhusz |
| 52 | 贫铭商贸 |
| 53 | SuLianShangMao126 |
| 54 | jiangyinshixingrongjixieguanjian |
| 55 | ChangShaJuBaiYeMaoYiYouXianGongSi |
| 56 | hebishishifanquouxingshangmaoyouxiangongsi |
| 57 | henangueranxiangbaoyou |
| 58 | 衡阳茜勿商贸有限公司 |
| 59 | WeiLi36 |
| 60 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 61 | xixianxinquqinhanxinchengleihuayubaihuodian |

| 62 | HeNanMiLuoMenChuang |
| 63 | yingwenchibi |
| 64 | 海冯边玩具 |
| 65 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 66 | QuJingXuLiaoShangMao |
| 67 | HuiChengChongShangMaoFuZhuangDian |
| 68 | Jin Heng Shang Mao |
| 69 | BEIBEEe |
| 70 | JYUIIKGGG |
| 71 | BeiLingJingMao |
| 72 | huangxianxiangtt |
| 73 | Linyi Bangman Trading Co., Ltd |
| 74 | yfyh |
| 75 | bofangyike |
| 76 | zhujishishangxueqizhenzhi |
| 77 | 瀚立门帽挂件 |
| 78 | shanxijinjiachengshengnengyuankeji |
| 79 | linquanxianxuanlifengmizhipin |
| 80 | dongguanshijinhonggongyipin |
| 81 | owle dinner |
| 82 | jinhuashimiaobafushiyouxiangongsi |
| 83 | deyangzhiguangshanxi |
| 84 | HuHeHaoTeShiYunZhengWei |
| 85 | Apomelo |
| 86 | ANLEY |
| 87 | KS Craft |
| 88 | Cao Home Decoration Store |
| 89 | Sunlight AIR local |
| 90 | VerseVilla local |
| 91 | XU Y |
| 92 | Tins shop |
| 93 | Tin Frame Stories |
| 94 | Xiioy |
| 95 | PiFly Shop |
| 96 | DesignNestCo |
| 97 | Blackbird Age |
| 98 | Fly Artistic |
| 99 | Hemitongb |
| 100 | TinCraft C |
| 101 | Dik Shop |

| 102 | TailorLoop |
|---|---|
| 103 | CX ART |
| 104 | PureTee |
| 105 | Artist Totem |
| 106 | Iron painting No |
| 107 | JWZ Art wall decoration |
| 108 | DAYUYU ART |
| 109 | SaveMoreMart |
| 110 | Ackermay |
| 111 | Tin Time Studio |
| 112 | HemHymn |
| 113 | JIACHENG ART |
| 114 | LUXILUXI SHOP |
| 115 | MY Qihong Home Textiles |
| 116 | XM ART |
| 117 | Ming Hanxing trade |
| 118 | TinCraft A |
| 119 | XU Z |
| 120 | TinCraft B |
| 121 | jiaozhib |
| 122 | jiaozhic |
| 123 | DecoMuse |
| 124 | FFQGqiq |
| 125 | PENGJIA CHEN |
| 126 | Umanin |
| 127 | ChicFrame Studio |
| 128 | Shimmer Dive |
| 129 | Cherry painting Shop |
| 130 | Annabelle decoration |
| 131 | Jhc Home Textile Life Museum |
| 132 | 5diamondpainting |